598 F.2d 1016
 James Paul BURNS, Petitioner-Appellant,
v.
W. J. ESTELLE, Jr., Director, Texas Department of
Corrections, and Robert Cousins, Warden, Ellis
Unit, Texas Department of Corrections,
Respondents-Appellees.
 No. 78-3109.
 United States Court of Appeals,
Fifth Circuit.
 June 21, 1979.
 
 Richard J. Clarkson, Beaumont, Tex., for petitioner-appellant.
 Joel Berger, New York City Legal Defense Fund and Educational Fund, Inc., NAACP, amicus curiae.
 Anita Ashton, Asst. Atty. Gen., Austin, Tex., for respondents-appellees.
 ON PETITION FOR REHEARING AND PETITION FOR REHEARING EN BANC
 (Opinion April 11, 1979, 5 Cir., 1979, 592 F.2d 1297).
 Before BROWN, Chief Judge, COLEMAN, GOLDBERG, AINSWORTH, GODBOLD, CLARK, RONEY, GEE, TJOFLAT, HILL, FAY, RUBIN, VANCE and KRAVITCH, Circuit Judges.
 
 BY THE COURT:
 
 1
 A member of the Court in active service having requested a poll on the application for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,
 
 
 2
 IT IS ORDERED that the cause shall be reheard by the Court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.
 
 BURNS v. ESTELLE